JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST PETTWAY, | Case No. CV 07-7875 CJC(JC) |
| Petitioner, | ~~(PROPOSED)~~ JUDGMENT |
| v. | |
| J.F. SALAZAR, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 9, 2008

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE